# Third District Court of Appeal

## State of Florida

Opinion filed November 29, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-2932
Lower Tribunal No. 16-16940
_____

**Kahena Kristine Gallerani,**
Appellant,

vs.

**Cristiano Piquet,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Jason B. Giller, P.A., and Tricia Neimand; Keith D. Silverstein, for appellant.

Michael Lascelle, P.A., and Jeffrey Greenhaus, for appellee.

Before SALTER, EMAS, and LOGUE, JJ.

PER CURIAM.

"Valid prenuptial agreements regarding post-dissolution support are contracts." <u>Lashkajani v. Lashkajani</u>, 911 So. 2d 1154, 1158 (Fla. 2005). Because courts have recently enforced similar provisions, <u>see</u> <u>Weymouth v. Weymouth</u>, 87 So. 3d 30, 32 (Fla. 4th DCA 2012), we reverse the trial judge's determination that the provision of the prenuptial agreement at issue is void against Florida's public policy, hold that Ms. Gallerani has met the conditions of that provision, and remand for entry of a revised final judgment of dissolution of marriage ratifying, incorporating, and enforcing the prenuptial agreement including the provision at issue.

Reversed and remanded with instructions.